| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/5/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ELCINE OPPER
aka ELCINE HARDING
7455 N. 95TH AVE., APT 717
GLENDALE, AZ 85305

| Case Number:<br>2:10−bk−09687−SSC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−7506 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number: 623−939−6546 | Bankruptcy Trustee (name and address):<br>CONSTANTINO FLORES<br>PO BOX 511<br>PHOENIX, AZ 85001−0511<br>Telephone number: 602−274−4200 |

## Meeting of Creditors

Date: **May 13, 2010**                    Time: **09:30 AM**

Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 7/12/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/6/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

## Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 09, 2010.
```
db        +ELCINE OPPER,   7455 N. 95TH AVE., APT 717,   GLENDALE, AZ 85305-1331
aty        JOSEPH W. CHARLES,   LAW OFFICES OF JOSEPH W. CHARLES, P.C.,   PO BOX 1737,
             GLENDALE, AZ  85311-1737
9078691    ACI, LLC,   2420 Sweet Home Road,   Suite 150,   Buffalo NY 14228-2244
9078692    ACS,   P. O. Box 7051,   Utica NY 13504-7051
9078693    ADVANCED CALL CENTER TECHNOLOGIES, LLC,   P. O. Box 9091,   Gray TN 37615-9091
9078698   +ARIZONA UROLOGY SPECIALISTS,   P. O. Box 29805,   Phoenix AZ 85038-9805
9078699   +BANNER HEALTH,   P. O. Box 2987,   Phoenix AZ 85062-2987
9078700   +BANNER THUNDERBIRD MEDICAL CENER,   P. O. Box 2978,   Phoenix AZ 85062-2978
9078701    BARCLAYS BANK OF DELAWARE,   1255 West Street,   Wilmington DE 19801
9078702   +BUREAU OF MEDICAL ECONOMICS,   326 East Coronado Road,   Phoenix AZ 85004-1524
9078703    CAC FINANCIAL CORP.,   2601 NW Expressway, Suite 1000 East,   Oklahoma City OK 73112-7236
9078704   +CAPITAL MANAGEMENT SERVICES,   726 Exchange Street, #700,   Buffalo NY 14210-1464
9078705   +CAPITAL ONE,   P. O. Box 70886,   Charlotte NC 28272-0886
9078706    CAPITAL ONE BANK,   P. O. Box 60599,   City of Industry CA 91716-0599
9078712    CHASE HOME FINANCE,   P. O. Box 78420,   Phoenix AZ 85062-8420
9078714   +CLIENT SERVICES,   3451 Harry Truman Blvd.,   Saint Charles MO 63301-9816
9078715   +CLIENT SERVICES, INC.,   3451 Harry Truman Blvd.,   St Charles MO 63301-9816
9078716    COLLECTION SERVICE BUREAU,   P. O. Box 310,   Scottsdale AZ 85252-0310
9078719    CREDIT ONE BANK,   P. O. Box 60500,   City of Industry CA 91716-0500
9078720   +D.F.S.,   P. O. Box 14974,   Scottsdale AZ 85267-4974
9078721    DEPARTMENT OF VETERANS AFFAIRS,   P. O. Box 469062,   Denver CO 80246-9062
9078722    ENCORE,   P. O. Box 3330,   Olathe KS 66063-3330
9078723   +ENCORE RECEIVABLE MANAGEMENT,   P. O. Box 3330,   Olathe KS 66063-3330
9078724    ENHANCED RECOVERY CORPORATION,   8014 Bayberry Road,   Jacksonville FL 32256-7412
9078725    FIRSTSOURCE ADVANTAGE, LLC,   P. O. Box 628,   Buffalo NY 14240-0628
9078727   +GE MONEY BANK,   c/o GUGLIELMO & ASSOCIATES,   P. O. Box 41688,   Tucson AZ 85717-1688
9078730   +HAWTHORNE VILLAGE,   9210 North Maryland Street,   Niles IL 60714-1391
9078733    HSN,   P. O. Box 660433,   Dallas TX 75266-0433
9078734    I. C. SYSTEM, INC.,   444 Highway 96 East,   P. O. Box 64887,   Saint Paul MN 55164-0887
9078739   +MALCOLM S. GERALD & ASSOCIATES, INC.,   332 South Michigan Avenue,   Suite 600,
             Chicago IL 60604-4318
9078740    MERCHANTS & MEDICAL CREDIT CORP,   6324 Taylor Drive,   Flint MI 48507-4685
9078742    MIDLAND FUNDING LLC,   c/o BURSEY & ASSOCIATES, P.C.,   6740 North Oracle Road, #151,
             Tucson AZ 85704-5685
9078743   +MRS ASSOCIATES, INC,   P. O. Box 47248,   Oak Park MI 48237-4948
9078744    NATIONWIDE CREDIT, INC.,   P. O. Box 740640,   Atlanta GA 30374-0640
9078745    NATIONWIDE CREDIT, INC.,   P. O. Box 26314,   Lehigh Valley PA 18002-6314
9078746   +NCC BUSINESS SERVICES, INC.,   3733 University Blvd W,   Suite 300,   Jacksonville FL 32217-2103
9078747    NCO FINANCIAL SYSTEMS,   P. O. Box 15740,   Wilmington DE 19850-5740
9078748   +NCO FINANCIAL SYSTEMS, INC,   507 Prudential Road,   Horsham PA 19044-2368
9078749   +NO APPOINTMENT MD,   P. O. Box 60123,   Phoenix AZ 85082-0123
9078750    NORTHSHORE AGENCY,   P. O. Box 8901,   Westbury NY 11590-8901
9078751   +PALISADES COLLECTION, LLC,   P. O. Box 1244,   Englewood Cliffs NJ 07632-0244
9078752   +PORTFOLIO RECOVERY ASSOCIATS,   P. O. Box 12914,   Norfolk VA 23541-0914
9078753   +PROFESSIONAL BUREAU OF COLLECTIONS OF OH,   11470 Euclid Avenue,   Suite 534,
             Cleveland OH 44106-3934
9078755    SALLIE MAE,   P. O. Box 9500,   Wilkes Barre PA 18773-9500
9078756   +SENTRY CREDIT, INC.,   2809 Grand Avenue,   Everett WA 98201-3417
9078758    SONORA QUEST LABORATORIES,   P. O. Box 78162,   Phoenix AZ 85062-8162
9078757   +SONORA QUEST LABORATORIES,   P. O. Box 29661,   Phoenix AZ 85038-9661
9078759    SOUTHWEST DIAGNOSTIC IMAGING,   P. O. Box 849753,   Dallas TX 75284-9753
9078760   +SUN WEST CREDIT UNION,   11839 N. 28TH DRIVE,   PHOENIX AZ 85029-3395
9078761    SXC HEALTH SOLUTIONS,   24280 Network Place,   Chicago IL 60678-1242
9078762    TARGET NATIONAL BANK,   P. O. Box 473,   Minneapolis MN 55440
9078763   +THE HARTFORD,   PO BOX 2907,   Hartford CT 06104-2907
9078765    UNION HILLS SURGERY CENTER,   Dept. 2102, Lobk Box 29661,   Phoenix AZ 85038-9661
9078766    UNITED RECOVERY SYSTEMS, INC,   P. O. Box 722929,   Houston TX 77272-2929
9078767   +VALENTINE & KEBARTS, INC,   P. O. Box 325,   Lawrence MA 01842-0625
9078768    VALLEY ANESTHESIOLOGY CONSULTANTS,   1850 North Central Avenue,   Suite 1600,
             Phoenix AZ 85004-4633
9078770   +WACHOVIA DEALER SERVICES,   P. O. Box 51470,   Ontario CA 91761-0070
```

The following entities were noticed by electronic transmission on Apr 07, 2010.
```
tr         EDI: QCFLORES.COM Apr 07 2010 18:53:00     CONSTANTINO FLORES,   PO BOX 511,
             PHOENIX, AZ  85001-0511
smg        EDI: AZDEPREV.COM Apr 07 2010 18:53:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
9078694    EDI: RMCB.COM Apr 07 2010 18:53:00     AMCA,   P. O. Box 1235,   Elmsford NY 10523-0935
9078695    EDI: RMSC.COM Apr 07 2010 18:53:00     AMERICAN EAGLE OUTFITTERS,   P. O. Box 960013,
             Orlando FL 32896-0013
9078696   +EDI: AMEREXPR.COM Apr 07 2010 18:53:00     AMERICAN EXPRESS,   P. O. Box 981537,
             El Paso TX 79998-1537
9078697    EDI: RMCB.COM Apr 07 2010 18:53:00     AMERICAN MEDICAL COLLECTION AGENCY,   P. O. Box 1235,
             Elmsford NY 10523-0935
9078708    EDI: CHASE.COM Apr 07 2010 18:53:00     CARDMEMBER SERVICE,   P. O. Box 94012,
             Palatine IL 60094-4012
9078707    EDI: CHASE.COM Apr 07 2010 18:53:00     CARDMEMBER SERVICE,   P. O. Box 94014,
             Palatine IL 60094-4014
9078709   +EDI: RMSC.COM Apr 07 2010 18:53:00     CARE CREDIT,   P. O. Box 981439,   El Paso TX 79998-1439
9078710   +EDI: CHASE.COM Apr 07 2010 18:53:00     CHASE BANK,   800 Brooksedge Blvd.,
             Westerville OH 43081-2822
```

```
The following entities were noticed by electronic transmission (continued)
9078711      EDI: CHASE.COM Apr 07 2010 18:53:00      CHASE CARDMEMBER SERVICES,   P. O. Box 94014,
             Palatine IL 60094-4014
9078713     +EDI: CHASE.COM Apr 07 2010 18:53:00      CHASE TOYS R US,    800 Brooksedge Blvd.,
             Westerville OH 43081-2822
9078717      EDI: CCS.COM Apr 07 2010 18:53:00      CREDIT COLLECTION SERVICES,   P. O. Box 55126,
             Boston MA 02205-5126
9078718     +EDI: RCSFNBMARIN.COM Apr 07 2010 18:53:00     CREDIT ONE BANK,   P. O. Box 98873,
             Las Vegas NV 89193-8873
9078726      EDI: RMSC.COM Apr 07 2010 18:53:00      GE MONEY BANK,   P. O. Box 960012,   Orlando FL 32896-0012
9078728     +EDI: RMSC.COM Apr 07 2010 18:53:00      GE MONEY BANK/J. C. PENNEY,   P. O. Box 981131,
             El Paso TX 79998-1131
9078729     +EDI: RMSC.COM Apr 07 2010 18:53:00      GE MONEY/LOWES,   P. O. Box 981064,
             El Paso TX 79998-1064
9078731     +EDI: HFC.COM Apr 07 2010 18:53:00      HSBC CARD SERVICES,   P. O. Box 81622,
             Salinas CA 93912-1622
9078732     +EDI: HFC.COM Apr 07 2010 18:53:00      HSBC PAYMENT PROCESSING CENTER,   P. O. Box 5253,
             Carol Stream IL 60197-5253
9078735      EDI: RMSC.COM Apr 07 2010 18:53:00      JC PENNY,   P. O. Box 960090,   Orlando FL 32896-0090
9078736      EDI: TSYS2.COM Apr 07 2010 18:53:00      JUNIPER CARD SERVICES,   P. O. Box 13337,
             Philadelphia PA 19101-3337
9078737     +EDI: CBSKOHLS.COM Apr 07 2010 18:53:00      KOHLS/CHASE,   P. O. Box 3115,
             Milwaukee WI 53201-3115
9078738     +EDI: RESURGENT.COM Apr 07 2010 18:53:00      LVNV FUNDING, LLC,   P. O. Box 10497,
             Greenville SC 29603-0497
9078741      EDI: MID8.COM Apr 07 2010 18:53:00      MIDLAND CREDIT MANAGEMENT, INC.,   P. O. Box 60578,
             Los Angeles CA 90060-0578
9078754      EDI: RRSB.COM Apr 07 2010 18:53:00      REDLINE RECOVERY SERVICES, LLC,   11675 Rainwater Drive,
             Suite 350,   Alpharetta GA 30009-8693
9078764     +EDI: CHASE.COM Apr 07 2010 18:53:00      TOYS R US,   P. O. Box 94012,   Palatine IL 60094-4012
9078766      EDI: URSI.COM Apr 07 2010 18:53:00      UNITED RECOVERY SYSTEMS, INC,   P. O. Box 722929,
             Houston TX 77272-2929
9078769      EDI: WFNNB.COM Apr 07 2010 18:53:00      VICTORIA'S SECRET,   P. O. Box 659728,
             San Antonio TX 78265-9728
9078771      EDI: CHASE.COM Apr 07 2010 18:53:00      WASHINGTON MUTUAL CARD SRV,   P. O. Box 660487,
             Dallas TX 75266-0487
9078772     +EDI: WFNNB.COM Apr 07 2010 18:53:00      WFNNB VICTORIA SECRETS,   4590 East Broad Street,
             Columbus OH 43213-1301
9078773      EDI: WFNNB.COM Apr 07 2010 18:53:00      WORLD FINANCIAL NETWORK NATIONAL BANK,   P. O. Box 182125,
             Columbus OH 43218-2125
                                                                                           TOTAL: 31

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2010**          **Signature:**   _Joseph Speetjens_